IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

LEON HAWKINS,

     Plaintiff,

v.                                        No. 1:26-cv-01043-JDB-jay

EAGLES INN, et al.,

     Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the complaint of Plaintiff, Leon Hawkins.  (Docket Entry ("D.E.") 1.)[1] By Administrative Order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation as appropriate.  Admin. Order 2013-05.  After reviewing the complaint and order of transfer, Magistrate Judge Jon A. York recommended that Plaintiff's complaint be dismissed with prejudice.  (D.E. 12 at PageID 5.)  Judge York noted that the Court had previously enjoined Hawkins from filing any new petitions or complaints in this Court without first seeking and obtaining the Court's permission to file, which he failed to do in this case.  (*Id.*)  At the end of the report and recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file an objection within fourteen days.  (*Id.* at PageID 6.) He added that "failure to file [objections] within fourteen (14) days may constitute a waiver and/or

---

[1] On February 25, 2026, Plaintiff filed his complaint in the Western District of Michigan, (*see* D.E. 1), which transferred the case to the Western District of Tennessee on March 4, 2026. (D.E. 8.)

forfeiture of objections, exceptions, and any further appeal." (*Id.* (emphasis omitted)).

No party has objected to the Magistrate Judge's report and recommendation, and the time for doing so has expired. Consequently, each party has forfeited their objections to the report and recommendation. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)). Accordingly, upon review of the record, the report and recommendation (D.E. 12) is ADOPTED, and Plaintiff's action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of March 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2